IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXIS ROBLES, : | |
|     *Plaintiff*, : | |
| : | CIVIL ACTION |
| v. : | NO. 17-2265 |
| : | |
| NANCY A. BERRYHILL, : | |
| Acting Commissioner of : | |
| Social Security, : | |
|     *Defendant*. : | |

**ORDER**

AND NOW, this 9th day of May, 2018, upon careful and independent consideration of the record, the Report and Recommendation of the Honorable Thomas J. Rueter, United States Magistrate Judge, (Dkt No. 15), and the failure of either party to file any objections thereto in accordance with Local Civil Rule 72.1 IV(b), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is DENIED;

3. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.